UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

ANTHONY CRNIC

                Plaintiff,                   **ORDER**

v.                                                Case No. 08-C-179

ROB TEUTEBERG and
CITY OF CHIPPEWA FALLS,

                Defendants.

---

    Pursuant to the Stipulation for the Dismissal of Defendants, Rob Teuteberg and City of Chippewa Falls, filed by the parties and their counsel herein, and upon motion:

    IT IS HEREBY ORDERED that the Plaintiff's claims against Rob Teuteberg and City of Chippewa Falls are hereby dismissed upon their merits with prejudice and without costs or attorneys fees awarded to any party.

    Dated this 24th day of November, 2008.

                                                BY THE COURT:

                                                *Barbara B. Crabb*
                                                Chief Judge Barbara Crabb